LINK: 1

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-08209-GAF (JEMx) | Date | November 15, 2013 |
|---|---|---|---|
| Title | John A. Contreras v. KAMAL TRANS, LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**          **(In Chambers)**

## ORDER TO SHOW CAUSE

Plaintiff John A. Contreras ("Plaintiff") filed this action in Los Angeles County Superior Court on July 5, 2013, against Defendants KAMAL TRANS, LLC, Mohalid Abdukadir, and Does 1-10 (collectively, "Defendants"). (Docket No. 1, [Notice of Removal ("Not.")], Ex. 1 [Complaint].) Defendant was served on September 26, 2013, (Not. ¶ 2), but did not remove the action to federal court until November 5, 2013. (Not.)

Pursuant to 28 U.S.C. § 1446(b), the notice of removal of a civil action "shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." 28 U.S.C. § 1446(b) (emphasis added). "If a notice of removal is filed after this thirty-day window, it is untimely and remand to state court is therefore appropriate." Babasa v. LensCrafters, Inc., 498 F.3d 972, 974 (9th Cir. 2007).

Under section 1446(b)'s thirty-day rule, it appears that Defendant's removal of this action was ten days late. Accordingly, Defendant is hereby **ORDERED TO SHOW CAUSE** by no later than **November 30, 2013**, why its removal petition was timely. Plaintiff is reminded that, should it wish to make a motion to remand this case based on untimely removal, such a motion must be filed within thirty days of the removal date. 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**