JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN A. CONTRERAS, | Case No. 2:13CV8209 GAF JEMx |
| Plaintiff, | [Assigned to Judge Hon. Gary Allen Feess ] |
| v. | **ORDER DISMISSING PLAINTIFF JOHN A CONTRERAS' COMPLAINT AGAINST DEFENDANTS KAMAL TRANS, LLC AND ABDUKADIR MOHAMUD WITH PREJUDICE** |
| KAMAL TRANS, LLC; AND MOHALID ABDUKADIR; and DOES 1 to 10, INCLUSIVE, | |
| Defendants. | |
| | Trial Date: April 7, 2015 |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GW08-0000066
11429322.1

1

ORDER DISMISSING PLAINTIFF JOHN A CONTRERAS' COMPLAINT AGAINST DEFENDANTS KAMAL TRANS, LLC AND

## **ORDER**

After considering the parties' Stipulation for Dismissal with prejudice, the Court hereby dismisses the above-captioned action with prejudice, as against Kamal Trans, LLC and Abdukadir Mohamud, with each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: __September 5, 2014_____

_____
Hon. Gary Allen Feess
UNITED STATES DISTRICT JUDGE
OF THE CENTRAL DISTRICT OF
CALIFORNIA

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

GW08-0000066
11429322.1

2

ORDER DISMISSING PLAINTIFF JOHN A
CONTRERAS' COMPLAINT AGAINST
DEFENDANTS KAMAL TRANS, LLC AND